## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Andrew James Johnston (22712-424), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 C 6183 |
| v. ) | |
| ) | Hon. John J. Tharp, Jr. |
| ) | |
| Adam Hoogland, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

    Defendants have filed their status report. Fact discovery cut-off remains December 31, 2020. The Court acknowledges that the date may need to be extended due to COVID-19 restrictions at the correctional facilities. The parties are directed to provide a further status report addressing the progress of discovery, whether dispositive motions will be filed, and any settlement discussions on January 8, 2021, 2021.

Date:  11/23/2020                               /s/  John J. Tharp, Jr.
                                                                John J. Tharp, Jr.
                                                                United States District Judge